| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | MICHAEL L. NEWMAN<br>Senior Assistant Attorney General |
| 3 | LAURA L. FAER |
| 4 | VILMA PALMA-SOLANA<br>Supervising Deputy Attorneys General |
| 5 | SOPHIA CARRILLO<br>HEIDI JOYA |
| 6 | KANWALROOP KAUR SINGH<br>JULIA HARUMI MASS |
| 7 | State Bar No. 189649<br> 1515 Clay Street, 20th Floor |
| 8 | P.O. Box 70550<br> Oakland, CA  94612-0550 |
| 9 | Telephone:  (510) 879-3300<br> Fax:  (510) 622-2270 |
| 10 | E-mail:  Julia.Mass@doj.ca.gov<br>*Attorneys for California Secretary of State* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLIANCE FOR FAIR BOARD RECRUITMENT,**<br><br>Plaintiff,<br><br>v.<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,**<br><br>Defendant. | 2:21-cv-05644-RGK (RAOx)<br><br>**DEFENDANT SECRETARY OF STATE'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date:         November 1, 2021<br>Time:         9:00 a.m.<br>Courtroom: Courtroom 850, 8th Floor<br>Judge:        Hon. R. Gary Klausner<br>Trial Date:  none set<br>Action Filed: July 12, 2021 |

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND THE CLERK OF THIS COURT:

PLEASE TAKE NOTICE that on November 1, 2021 at 9:00 a.m. or as soon thereafter as the matter may be heard before the Honorable R. Gary Klausner, United States District Court for the Central District of California, Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor, Defendant Shirley N. Weber, in her official capacity as Secretary of State of the State of California, will and hereby does move to dismiss Plaintiff's Complaint (ECF No. 1), as follows:

Secretary Weber moves to dismiss the Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of standing and because Plaintiff fails to state a cognizable legal theory and fails to allege sufficient facts to state a plausible claim for relief.

This motion is based on this Notice of Motion and Motion; Defendant's Memorandum of Points and Authorities; Defendant's Request for Judicial Notice and attached documents; the Declaration of Andrew Jennings; all pleadings and papers filed herein; oral argument of counsel; and any other materials that may be presented to the Court at the hearing.

This motion is made following the conference of counsel pursuant to Local Civil Rule 7-3 which took place on September 23, 2021.

| | | |
|---|---|---|
| 1 | Dated: October 4, 2021 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MICHAEL L. NEWMAN<br>Senior Assistant Attorney General |
| 4 | | LAURA L. FAER<br>VILMA PALMA-SOLANA |
| 5 | | Supervising Deputy Attorneys General<br>SOPHIA CARRILLO |
| 6 | | HEIDI JOYA<br>KANWALROOP KAUR SINGH |
| 7 | | Deputy Attorneys General |
| 8 | | |
| 9 | | _____/s/ *Julia Harumi Mass*_____<br>JULIA HARUMI MASS |
| 10 | | Deputy Attorney General<br>*Attorneys for California Secretary of* |
| 11 | | *State* |