ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
LAURA L. FAER
VILMA PALMA-SOLANA
Supervising Deputy Attorneys General
SOPHIA CARRILLO
HEIDI JOYA
KANWALROOP KAUR SINGH
JULIA HARUMI MASS
State Bar No. 189649
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-3300
 Fax:  (510) 622-2270
 E-mail:  Julia.Mass@doj.ca.gov
*Attorneys for California Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLIANCE FOR FAIR BOARD RECRUITMENT,**<br><br>Plaintiff,<br><br>v.<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,**<br><br>Defendant. | 2:21-cv-05644-RGK (RAOx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SECRETARY OF STATE'S MOTION TO DISMISS COMPLAINT**<br><br>Date: November 1, 2021<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 850, 8th Floor<br>Judge: Hon. R. Gary Klausner<br>Trial Date: none set<br>Action Filed: July 12, 2021 |

# REQUEST FOR JUDICIAL NOTICE

Defendant Dr. Shirley N. Weber, in her official capacity as California Secretary of State, respectfully requests that this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following documents:

1. The publicly-available text of Senate Bill No. 826 published on October 1, 2018. It is available on the Legislature's website for Senate Bill No. 826, under the Text section at the following URL: https://leginfo.legislature.ca.gov/faces/billTextClient.xhtml?bill_id=201720180SB826 (last accessed October 1, 2021). A copy of the bill's text is attached hereto as **Exhibit A**.

2. The publicly-available text of Assembly Bill No. 979 published on October 2, 2020. It is available on the Legislature's website for Assembly Bill No. 979, under the Text section at the following URL: https://leginfo.legislature.ca.gov/faces/billTextClient.xhtml?bill_id=201920200AB979 (last accessed October 1, 2021). A copy of the bill's text is attached hereto as **Exhibit B**.

3. A publicly-available webpage at the California Secretary of State's website titled "General FAQs" in which the Secretary of State provides guidance on the application of SB 826 and AB 979 to "publicly held" corporations. It is available at the California Secretary of State's website under the Business Programs and Diversity on Boards sections at the following URL: https://www.sos.ca.gov/business-programs/diversity-boards/general-faqs (last accessed October 1, 2021). A copy of this webpage is attached hereto as **Exhibit C**.

1

Request for Judicial Notice ISO Defendant Secretary of State's Motion to Dismiss Complaint
Case No. 2:21-cv-05644-RGK (RAOx)

A Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). The Court can judicially notice any "fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Only relevant facts may be judicially noticed. *See Milton H. Greene Archives, Inc. v. Marilyn Monroe LLC*, 692 F.3d 983, 991 n.8 (9th Cir. 2012).

**Exhibits A-B** are judicially noticeable because they are records of official acts of the California Legislature. "[T]he court may take judicial notice of the records of state courts, the legislative history of state statutes, and the records of state administrative agencies." *Louis v, McCormick & Schmick Rest. Corp.*, 460 F. Supp. 2d 1153, 1156 (C.D. Cal. 2006). The text and legislative findings of SB 826 and AB 979 are therefore subject to judicial notice.

**Exhibits A-C** are judicially noticeable because the Court may take notice of materials available on California's Senate and Assembly websites and the California Secretary of State's website. The Ninth Circuit has held that it is appropriate to take judicial notice of information "made publicly available by government entities" on their websites. *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010) (taking judicial notice of information made publicly available by a government entity on its website); *see also Paralyzed Veterans of Am. v. McPherson*, No. C064670SBA, 2008 WL 4183981, at *5 (N.D. Cal. Sept. 9, 2008) (finding that courts commonly take judicial notice of information and documents on government websites, citing cases from various jurisdictions). Therefore, the text of SB 826 and AB 979 and the webpage in the California Secretary of State's website that are contained within Exhibits 1-3 are not subject to reasonable dispute, as they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

2

Request for Judicial Notice ISO Defendant Secretary of State's Motion to Dismiss Complaint
Case No. 2:21-cv-05644-RGK (RAOx)

**Exhibits A-C** are also judicially noticeable because they are "matters of public record" that are not "subject to reasonable dispute." *Lee v. City of Los Angeles*, 250 F.3d 668, 689-90 (9th Cir. 2001) ("A court may take judicial notice of 'matters of public record' without converting a motion to dismiss into a motion for summary judgment."); *see Sanders v. Kerry*, 180 F. Supp. 3d 35, 41 (D.D.C. 2016) (public records are subject to judicial notice).

Defendant Secretary of State makes this request contemporaneously with the filing of her Motion to Dismiss the Complaint. The Secretary of State requests that the Court take judicial notice of the documents described above pursuant to Rule 201(c)(2) of the Federal Rules of Evidence because they all satisfy the requirements of Rule 201(b) of the Federal Rules of Evidence.

Dated: October 4, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
LAURA L. FAER
VILMA PALMA-SOLANA
Supervising Deputy Attorneys General
SOPHIA CARRILLO
HEIDI JOYA
KANWALROOP KAUR SINGH
Deputy Attorneys General

_____/s/ *Julia Harumi Mass*_____
JULIA HARUMI MASS
Deputy Attorney General
*Attorneys for California Secretary of State*

3

Request for Judicial Notice ISO Defendant Secretary of State's Motion to Dismiss Complaint
Case No. 2:21-cv-05644-RGK (RAOx)