# Exhibit 1

**Andrew Kennon Jennings**
250 Joralemon Street | Brooklyn, NY 11201
434-547-2868 | andrew.jennings@brooklaw.edu | andrewkjennings.com

---

## Academic Appointments

**Brooklyn Law School**
*Assistant Professor of Law*                                                                                              July 2021 – present

**Stanford University School of Law**
*Teaching Fellow, Corporate Governance & Practice and*
*Lecturer in Law*                                                                                                                   June 2019 – June 2021

**Duke University School of Law**
*Scholar in Residence*                                                                                                            May 2016 – August 2016

## Education

**Duke University School of Law**, Durham, NC
J.D., *cum laude*, 2013
      Duke Law Journal, Executive Editor, Vol. 62; Staff Editor, Vol. 61

**Duke University**, Durham, NC
M.A., Economics, 2013

**Hampden-Sydney College**, Hampden-Sydney, VA
B.A., *summa cum laude*, 2009
      Phi Beta Kappa
      Interdisciplinary Honors in History and Government

## Publications and Scholarship

**Articles**

*State Securities Enforcement*, 47 B.Y.U. L. Rev. ___ (forthcoming 2021)

*Follow-Up Enforcement*, 70 Duke L.J. 1569 (2021)

*Notice Risk and Registered Agency*, 46 J. Corp. L. 75 (2020)

*Firm Value and Intracorporate Arbitration*, 38 Rev. Litig. 1 (2018)

**Essays and Shorter Pieces**

*Conscience Leave*, 35 Notre Dame J.L. Ethics & Pub. Pol'y 649 (2021) (symposium)

*The Supreme Court and the 117th Congress*, 11 Calif. L. Rev. Online 408 (2020) (with Athul K. Acharya)

*Shareholders United?*, 95 NOTRE DAME L. REV. REFLECTION 47 (2019)

*A Happiness Approach to Cost-Benefit Analysis*, 62 DUKE L.J. 1503 (2013) (with Andrew T. Foglia)

**Works in Progress**

*Disclosure Procedure* (draft available)
*What Does "Public Company" Mean to the Public?* (draft available)
*The Market for Corporate Criminals* (in drafting)
*Non-Securities Regulation* (in data collection)
*The Splintered Bar* (in data collection)

**Presentations/Workshops**

*Disclosure Procedure*
- AALS Annual Conference, Emerging Voices in Securities Regulation, 2021 (online)
- Bay Area Corporate Law Scholars Workshop, UC Hastings College of the Law, 2021
- National Business Law Scholars Conference, 2021 (online)
- ComplianceNet 2021 (online)
- Moody's Investors Service (online)
- Society for Corporate Governance Annual Conference, 2021 (online)

*What Does "Public Company" Mean to the Public?*
- National Business Law Scholars Conference, 2021 (online)

*State Securities Enforcement*
- Stanford Legal Research-in-Progress Workshop, 2020
- Corporate & Securities Litigation Workshop, 2020 (online)
- National Business Law Scholars Conference, 2020 (online)
- State & Local Government Works-in-Progress Conference, 2020 (online)

*Follow-Up Enforcement*
- Corporate & Securities Litigation Workshop, Boston University, 2019
- Stanford Fellows Workshop, 2019

*Firm Value and Intracorporate Arbitration*
- Corporate & Securities Litigation Workshop, University of Richmond, 2018

**Legal Experience**

**Sullivan & Cromwell LLP**, New York, NY                           September 2017 – August 2018
*Litigation Associate*

**U.S. Court of Appeals for the Sixth Circuit**, Detroit, MI            August 2016 – August 2017
*Law Clerk to Hon. Helene N. White*

**Cravath, Swaine & Moore LLP**, New York, NY
*Corporate Associate*                                                 October 2013 – May 2016
*Summer Associate*                                                              Summer 2012

**Policy Engagement**

Drafter, *Securities Scholars' Letter on Model State Whistleblower Award and Protection Act*, 2020

**Professional Service**

Creator/Host, BUSINESS SCHOLARSHIP PODCAST
- Weekly podcast featuring interviews with legal, accounting, and other academics on recent business-related scholarship

**Media Appearances**

*Gambling Addiction Experts See Familiar Aspects in Robinhood App*, NBC NEWS (Jan. 30, 2021)

*A Few of Our Favorite Things: Podcasts You'll Love*, INSECURITIES PODCAST (Dec. 30, 2020)

*Among Democrats, A Growing Appetite To Alter High Court*, LAW360 (Sept. 26, 2020)

*How Democrats Could Curb a Conservative SCOTUS Without Court-Packing*, REUTERS (Sept. 23, 2020)

*Andrew Jennings on Podcasting*, IPSE DIXIT (Aug. 26, 2020)

*It's Real and It's Spectacular: A Free Summer Class on 'Seinfeld' and the Law*, LAW.COM (May 14, 2020)

*Chad Focus Wanted to Be a Rap Mogul. How Much Fraud Would It Take?*, VICE (Dec. 20, 2019)

*Arrest of U.S. Millionaire Grows into Massive Sex Trafficking Case*, ORGANIZED CRIME AND CORRUPTION REPORTING PROJECT (July 10, 2019)

**Bar Memberships**

New York, 2014
North Carolina, 2019
U.S. Court of Appeals for the Sixth Circuit, 2017
U.S. Court of Appeals for the Ninth Circuit, 2018
U.S. District Court for the Eastern District of New York, 2017
U.S. District Court for the Southern District of New York, 2017